IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Farahani, | NO. C 09-00130 JW |
| | **ORDER OF DISMISSAL** |
| _____/ | |

On December 30, 2008, Appellant, proceeding *pro se*, filed a bankruptcy appeal, seeking reversal of the bankruptcy court's order terminating the automatic stay pursuant to 11 U.S.C. § 362(a). (Docket Item No. 1.) On April 4, 2009, Plaintiff filed a "Motion to Consider Dismissal." (Docket Item No. 2.) The Court construed the motion as a motion for the relief sought under his appeal. (See May 15, 2009 Order at 1, hereafter, "May 15 Order," Docket Item No. 4.) Pursuant to the Court's May 15 Order, Appellant was required to file and serve an appeal brief in accordance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules by June 1, 2009. (May 15 Order at 2.) Appellant was also required to file a Case Management Statement by June 19, 2009. (Id. at 2.) The Court admonished Appellant that failure to comply would result in a dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Id. at 2.)

To date Appellant has not filed an appeal brief or filed a Case Management Statement. Accordingly, the Court DISMISSES Appellant's appeal without prejudice pursuant to Rule 41(b).

In light of this Order, the Court VACATES the Case Management Conference currently set for June 29, 2009.

The Clerk shall close this file.

Dated:  June 25, 2009

                                                                     JAMES WARE
                                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fred Farmahin Farahani
1705 Westmont Avenue
Campbell, Ca 95008

**Dated:  June 25, 2009**                                        **Richard W. Wieking, Clerk**

                                                                 **By:       /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**